**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MARIE BROWN and** | § | |
| **WESLEY DEVEREAUX** | § | |
| | § | |
| **v.** | § | **NO. 1:11-CV-353** |
| | § | |
| **DRD PAT HOTEL, LTD.** *a/k/a* | § | |
| **HOLIDAY INN PORT ARTHUR –** | § | |
| **PARK CENTRAL** | § | |

## ORDER OF DISMISSAL

The parties' "Joint Motion to Dismiss" (Docket No. 32) is accepted. Accordingly, the above case is dismissed with prejudice with each party to bear its own costs of court. The Court retains jurisdiction to enforce any settlement. The Clerk is directed to close the case.

SIGNED this 21st day of May, 2012.

_____
Zack Hawthorn
United States Magistrate Judge